| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> CR 21-00093HG-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00118-JCM-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| BILLIE JACK PERIDOT KAWELO | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Helen Gillmor | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/21/2025 | TO 04/20/2030 |

**FILED** ✓  APR 29 2025  CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA  BY: AMMi DEPUTY

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess 50 Grams or More of Methamphetamine with Intent to Distribute
21 U.S.C. § 841(a)(1), 841(b)(1)(A)(viii), and 846 (Class A felony)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Kawelo intends to remain in Nevada for the duration of her supervision.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 28, 2025
*Date*

*/s/ Helen Gillmor*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 15, 2025
*Effective Date*

*/s/ James C. Mahan*
*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Billie Jack Peridot Kawelo

Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

April 29, 2025

TO:   United States District Judge

On November 18, 2021, Kawelo was sentenced in the District of Hawaii by the Honorable Helen Gillmor to 60 months custody followed by 5 years supervised release for committing the offense of Conspiracy to Distribute and Possess 50 Grams or More of Methamphetamine with Intent to Distribute. Kawelo is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of her supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. Senior District Judge Helen Gillmor, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Cecil McCarroll
Date: 2025.04.29
17:18:42 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2025.04.29
15:43:07 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer